UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| CHRISTOPHER COVELL, | CASE NO. 5:21-cv-01296 |
| Plaintiff, | OPINION & ORDER [Resolving Doc. 13] |
| vs. |  |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, |  |
| Defendant. |  |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Christopher Covell seeks judicial review of the Defendant Commissioner of Social Security final decision denying Supplemental Security Income.  On April 25, 2022, Judge Carmen E. Henderson recommended that the Court reverse the Commissioner's decision and remand the case for further proceedings.[1]

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of a Report and Recommendation to which the parties have objected.[2] Absent objection, a district court may adopt a Report and Recommendation without review.[3]

Here, the Government informed the Court that it had declined to file objections,[4] so this Court may adopt the Report and Recommendation without further review.  Moreover, having conducted its own review of the petition and record, the Court agrees with Judge

---

[1] Doc. 13.
[2] 28 U.S.C. § 636(b)(1).
[3] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).
[4] Doc. 14.

Case No. 5:21-cv-01296
Gwin, J.

Henderson's determinations.

Accordingly, the Court **ADOPTS** Judge Henderson's Report and Recommendation, incorporating it fully herein by reference, **REVERSES** the Commissioner's final decision, and **REMANDS** this case consistent with the Report and Recommendation.

IT IS SO ORDERED.


Dated: May 5, 2022                                    _s/_      _James S. Gwin_
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE